✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Bowman, Kevin Michael        Docket No.        2:16CR00206-WFN-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kevin Michael Bowman, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 20th day of January 2017, under the following conditions:

**Special Condition #18:** Refrain from any use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant admitted to consuming alcohol on March 10, 2017.

**PRAYING THAT THE COURT WILL MODIFY THE FOLLOWING CONDITION OF RELEASE**:

The defendant shall participate in a substance abuse evaluation and attend any recommended treatment.

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:        March 22, 2017 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[ x ]   Modification of Pretrial Release conditions.

_M. K. Dimke_

Signature of Judicial Officer

3/22/2017

Date