PROB 12C
(6/16)

Report Date:  October 30, 2018

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 3 1 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Kevin Michael Bowman          Case Number: 0980 2:16CR00206-WFN-1

Address of Offender: ██████████████ Usk, Washington 99180

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 13, 2017

| | |
|---|---|
| Original Offense: | Assault by Striking, Beating, Wounding-Crime on Indian Reservation, 18 U.S.C. §§ 113(a)(4), 1153 |
| Original Sentence: | Prison - 6 months; TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L Gregoire | Date Supervision Commenced: March 9, 2018 |
| Defense Attorney: | Benjamin Flick | Date Supervision Expires: March 8, 2019 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6** : You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On October 15, 2018, Mr. Bowman was in direct violation of special condition number 6 by taking non-prescribed Oxycodone on October 14, 2018.

On March 12, 2018, Mr. Bowman was given a copy of his judgment and his conditions of supervision were explained to him.  He signed the judgment indicating he understood his conditions in full.

On October 15, 2018, the undersigned officer called Mr. Bowman and directed him to report to the United States Probation Office that day to supply a random urine sample. Mr. Bowman disclosed over the phone he had taken "pills" and that he would be positive.

Mr. Bowman reported to the United States Probation Office on October 15, 2018, and supplied a urine sample that tested presumptive positive for opiates. He signed a drug use admission form stating he took opiates on October 14, 2018.

Prob12C
**Re: Bowman, Kevin Michael**
**October 30, 2018**
**Page 2**

The sample was sent to Alere Toxicology Laboratory on October 15, 2018. It was confirmed positive for oxycodone on October 19, 2018.

2    **Special Condition #7:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence:** On October 15, 2018, Mr. Bowman was in direct violation of special condition number 7 by consuming alcohol on October 14, 2018.

On March 12, 2018, Mr. Bowman was given a copy of his judgment and his conditions of supervision were explained to him. He signed the judgment indicating he understood his conditions in full.

On October 15, 2018, the undersigned officer called Mr. Bowman and directed him to report to the United States Probation Office for a random urine sample. Mr. Bowman disclosed over the phone that he had recently consumed alcohol.

Mr. Bowman reported to the United States Probation Office on October 15, 2018, and signed a drug use admission form stating he consumed alcohol on October 14, 2018.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/30/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

**THE COURT ORDERS**

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

10/31/18

Date